954 A.2d 572

**Maurice SHOATZ, Petitioner**

v.

**Gerald ROZUM, Respondent.**

Supreme Court of Pennsylvania.

July 25, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of July, 2008, the "Habeas Corpus Ad Subjiciendum Motion for Leave to File" is **GRANTED,** and the "Habeas Corpus Ad Subjiciendum" is **DENIED.**